UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Civ. A. No. 24-cv-1251 |
| NINE CRYPTOCURRENCY WALLETS | : | |
| HELD BY TETHER LIMITED AND | : | |
| SEVEN CRYPTOCURRENCY WALLETS | : | |
| HELD BY BINANCE | : | FILED UNDER SEAL |
| | : | |
| Defendant | : | |
| | : | |

**GOVERNMENT'S MOTION TO UNSEAL A REDACTED VERIFIED COMPLAINT, REMOVE THE STAY, AND ENTER THE REDACTED VERIFIED COMPLAINT AND RELATED FILINGS ON THE PUBLIC DOCKET**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to file on the public docket a redacted version of the Verified Complaint for Forfeiture – maintaining the unredacted Verified Complaint sealed - and unseal all other pleadings, records, and files in this case, including the instant motion to unseal. In support of this motion, the Government submits as follows:

Hamas has been designated as a Foreign Terrorist Organization ("FTO) since October 8, 1997[1] and in 2001 was designated as a Specially Designated Global Terrorist ("SDGT") under Executive Order 13224[2].

At approximately 6:00 a.m. local time on October 7, 2023, Hamas conducted a coordinated attack against Israel by land, air, and sea. Hamas members, or persons fighting for Hamas (collectively, "Hamas Attackers") breached the border between the Gaza Strip and Israel, infiltrated Israel, and launched a wave of attacks focused primarily on civilians (the "October

---

[1] https://www.state.gov/foreign-terrorist-organizations/
[2] https://www.state.gov/executive-order-13224/#state



RECEIVED
JUL 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Attacks"). Hamas Attackers went house to house taking hostages and killing victims, including at least 45 American citizens. Homes and businesses were set on fire to extract barricaded citizens. Hamas military commander Muhammad Al-Dief has publicly referred to the operation as "Al Aqsa Flood." Over 200 hostages were believed to have been taken into the Gaza Strip, including twelve American citizens. Hamas, and its military wing, the Izz al-Din al-Qassam Brigades – which is also an FTO and SDGT, have claimed responsibility for numerous mass-casualty terrorist attacks perpetrated in Israel, the West Bank, and the Gaza Strip.

Shortly after the October Attacks, the U.S. Department of the Treasury, Office of Foreign Asset Control ("OFAC") designated BuyCash pursuant to Executive Order ("E.O.") 13224 for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, Hamas.[3] On the same day OFAC also designated Ahmed M. M. Alaqad pursuant to Executive Order ("E.O.") 13223 for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of BuyCash Exchange.[4]

Alaqad and BuyCash have had a lengthy history of serving as a money services business to launder funds for various designated foreign terrorist organizations including Hamas, dating back to 2017 when BuyCash was used to support the Islamic State of Iraq and Syria ("ISIS"), which is also an FTO and SDGT having claimed responsibility for numerous mass casualty terrorist attacks around the world since at least 2013.

---

[3] https://home.treasury.gov/news/press-releases/jy1816.
[4] *Id.*

2

After the October Attacks, the investigation revealed Alaqad and BuyCash, with the assistance of many co-conspirators, facilitated the solicitation, procurement, and laundering of funds in support of Hamas before and after the October Attacks.

The government's criminal investigation into the financiers and perpetrators of the October Attacks remains ongoing, but a redacted version of the Verified Complaint is requested to be unsealed to allow the government to provide notice to individuals seeking to claim an interest in the seized funds. A redacted version is requested to protect the name of the affiant who has recently been assigned to investigations overseas related to the October Attacks.

Unsealing an unredacted version of the Verified Complaint exposes significant risks to the health and safety of the affiant due to their overseas assignment related to law enforcement investigations involving Hamas and the October Attacks. *See United States v. Any and All Funds on Deposit at JPMorgan Chase Account Number 61542003*, No. 12 Civ. 7530(GBD)(JCF), 2013 WL 1401802, *1 (S.D.N.Y. Apr. 3, 2013) (*citing In re City of New York,* 607 F.3d 923, 944 (2d Cir. 2010)).

Unsealing a redacted version of the Verified Complaint – redacting only the name of the affiant – does not prevent the potential claimants, or the public, from fully reviewing the factual basis of the Verified Complaint for Forfeiture necessary for them to file a challenge to the action or file a claim to the seized funds under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

As a result, granting the government's request to unseal a redacted Verified Complaint would not infringe on the rights of any claimants entitled to direct notice or the public, from reviewing and/or challenging the factual basis underlying the Verified Complaint or filing a claim in this matter.

THEREFORE, the United States requests this Court unseal a redacted Verified Complaint for Forfeiture, remain sealed the initial unredacted Verified Complaint, and unseal the other filings in this case to allow the United States to provide notice to potential claimants under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions so that they may have the opportunity to challenge this action.

* * * * *

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the Government moves the Court to grant this motion and enter the attached proposed order.

Dated: July 16, 2025
       Washington, D.C.

Respectfully submitted,

JEANNINE FERRIS PIRRO
Interim United States Attorney

By:    */s/ Rajbir Datta*
       RAJBIR DATTA
           N.Y. Bar 5206073
       THOMAS SAUNDERS
       Assistant United States Attorneys
       601 D Street, N.W.
       Washington, D.C. 20579
       (202) 252-7687 (Datta)
       Rajbir.Datta@usdoj.gov

MARGARET A. MOESER
Acting Chief; Money Laundering and Asset Recovery Section

By:    */s/ Allison Ickovic*
       ALLISON ICKOVIC
       Trial Attorney
       U.S. Department of Justice
       Criminal Division
       Money Laundering and Asset Recovery Section
       1400 New York Avenue NW, 10100
       Washington, DC 20530
       (202) 514-1263
       Allison.Ickovic@usdoj.gov