UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Civ. A. No. 24-cv-1251 |
| NINE CRYPTOCURRENCY WALLETS | : | |
| HELD BY TETHER LIMITED AND | : | |
| SEVEN CRYPTOCURRENCY WALLETS | : | |
| HELD BY BINANCE | : | FILED UNDER SEAL |
| | : | |
| Defendant | : | |
| | : | |

**ORDER**

Upon consideration of the Government's Motion to Unseal a redacted Verified Complaint for Forfeiture it is:

**ORDERED** that the redacted Verified Complaint for Forfeiture *In Rem*, filed with the Court on July 16, 2025, be filed on the public docket along with the other pleadings, files, and records. The unredacted Verified Complaint for Forfeiture shall remain sealed until such time the Government indicates to the Court continuing its sealing is unnecessary to protect the health and safety of the affiant.

**SO ORDERED** this _____ day of July, 2025.

_____
THE HONORABLE RANDOLH D. MOSS
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLUMBIA

6