UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALL DIGITAL ASSETS IN NINE UNHOSTED WALLETS CONTAINING USDT AND IN SEVEN CRYPTOCURRENCY WALLETS HELD BY BINANCE HOLDINGS LTD,<br><br>　　　　Defendant *in rem*. | Civ. A. No. 24-cv-1251 (RDM) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

Assistant U.S. Attorney Rajbir S. Datta, in support of the United States' request for the entry of default under Rule 55(a) of the Federal Rules of Civil Procedure, hereby avers:

1. I am an Assistant United States Attorney for the U.S. Department of Justice, United States Attorney's Office for the District of Columbia. I am the attorney of record for the United States in the above-captioned case.

2. I am executing this declaration in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling the United States to obtain an entry of default against all persons or entities claiming an interest in the Defendant Property for failure to timely claim, answer, or otherwise defend as to the verified complaint *in rem* for forfeiture.

3. On April 26, 2024, the United States filed a sealed verified *complaint* for forfeiture *in rem*, alleging that the Defendant Property should be forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(G)(i) and § 982(a)(1). On that same day, the United States filed a Motion to Seal and Stay the Verified Complaint for Forfeiture to delay notice to support a

criminal investigation into the October 7, 2023 Attacks in Israel. D.E. 2. The Court granted the Government's motion. D.E. 4.

4. Between April 26, 2024, and July 16, 2025, the United States requested that this matter remain stayed and sealed; which this Court granted either through Order or Minute Entry.

5. On August 16, 2024, this Court found probable cause and issued a warrant for arrest *in rem*. D.E. 5.

6. On July 16, 2025, the United States filed a Motion to Unseal a Redacted Verified Complaint for Forfeiture *In Rem*. D.E. 13. This Court granted the United States' Motion. D.E. 14.

7. On September 4, 2025, the United States filed an Amended Verified Complaint for Forfeiture *In Rem*, and requested that the Court unseal a redacted Amended Verified Complaint for Forfeiture *In Rem*, while maintaining the un-redacted version under seal in order to protect the health and safety of the affiant. D.E. 16.

8. On September 8, 2025, the Court granted the United States' Motion via Minute Entry.

9. The United States provided direct notice of this action to known potential claimants pursuant to the procedures set forth in Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule"). Supplemental Rule G(4)(b) requires the United States "to send notice of the action and a copy of the complaint to any person who reasonably appears to be a potential claimant on the facts known to the government before the end of the time for filing a claim." Fed. R. Civ. P. Supp. R. G(4)(b).

10. On September 5, 2025, direct notice pursuant to Supplemental Rule G(4)(b) was sent via email to thirteen (13) individuals known to the United States who have contacted Tether, Binance, or the Federal Bureau of Investigation concerning the assets subject to forfeiture in this

action. Notice was made in the following manner:

      a.      Fourteen (14) separate emails to the following email addresses associated with names or aliases of the thirteen (13) potential claimants:

|    | Potential Claimant | Email Address |
|----|---|---|
| 1  | Genco Conatan | conatangenco@gmail.com |
| 2  | Mehmet Rizeli | yyemek734@gmail.com |
| 3  | "CryptoBeliever" | Pleasehelpmetetherio@gmail.com |
|    | "CryptoBeliever" | wfcryptocompliance.answerme@gmail.com |
| 4  | Shumei and Mei and Mei Shu | folk.ojc@gmail.com |
| 5  | Denis Denisoglu (or Denisov) | ddenisoglu@gmail.com |
| 6  | Dandanakan Dandanakan | dandanakan421@gmail.com |
| 7  | El Mostafa Moutaki | elmostafa248@yahoo.com |
| 8  | Dangelo Dunn | umteogxcfvd@gmail.com |
| 9  | Bader Marouh Aldhafeeri | beder655@hotmail.com |
| 10 | Engin Süzeni | suzeniengin1990@gmail.com |
| 11 | "Modi India" | akay53111@gmail.com |
| 12 | Ahmed Yousef | buycash222@gmail.com |
| 13 | *Name Unknown* | a0509377165@gmail.com |

      b.      None of the emails sent to the aforementioned fourteen (14) email addresses associated with the thirteen (13) different potential claimants were returned as undeliverable.

11.    In response to the direct notice, potential claimants had to file a verified claim with this Court within 35 days of service which was no later than October 10, 2025. *See* Fed. R. Civ. P. Supp. R. G(4)(b)(ii)(B). The deadline to file a claim based on direct notice has passed without any party filing a claim.

12.    Supplemental Rule G(4)(a) also requires the United States to publish notice of the forfeiture "to an official internet government forfeiture site for at least 30 consecutive days." Fed. R. Civ. P. Supp. R. G(4)(a)(iv)(C). Beginning September 9, 2025, the United States began posting such notice on an internet site, http://www.forfeiture.gov, for thirty consecutive days. *See* D.E. 17-1 (Declaration of Publication). Any verified claim in response to the notice by internet publication

had to be filed no later than October 9, 2025. *See* Fed. R. Civ. P. Supp. R. G(5)(a)(ii)(B). The deadline to file a claim based on notice by publication has passed without any party filing a claim. *See* D.E. 17-1.

13. No party may contest the United States' allegations that the Defendant Property is subject to forfeiture because: (1) there is no claim on the record to the Defendant Property; (2) the time for filing a claim has expired and no extensions of time were given; and, (3) no person who reasonably appeared to be a potential claimant is an infant or incompetent person.

14. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing statements are true.

_____
RAJBIR DATTA
Assistant United States Attorney